AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

FILED
IN CLERK'S OFFICE
2005 JAN 27 P 4:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and WARNER BROS. RECORDS INC. | | DEFENDANT<br>DOES 1 - 2 |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

05cv10168 NG

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

## Doe #1 (207.206.237.251 2004-12-18 07:14:34 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Sony BMG Music Entertainment | Incubus | I Miss You | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Arista Records LLC | Adema | Freaking Out | Adema | 302-233 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| BMG Music | Eve 6 | Amphetamines | Horrorscope | 285-024 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |

**Exhibit A**

## Doe #2 (207.206.237.206 2004-12-05 22:19:11 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Smashing Pumpkins | Zero | Mellon Collie and the Infinite Sadness | 183-904 |
| Sony BMG Music Entertainment | Pearl Jam | Corduroy | Vitalogy | 206-558 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Arista Records LLC | Alan Jackson | Gone Country | Who I Am | 202-090 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| UMG Recordings, Inc. | Live | The Dolphin's Cry | The Distance To Here | 271-726 |