**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**LONDON-SIRE RECORDS INC., et al.,**
**Plaintiffs,**

**v.**

**DOES 1-4,**
**Defendants.**

**C.A. No. 04-12434-NG**
**LEAD DOCKET NUMBER**

INTERSCOPE RECORDS, et al.,
Plaintiffs,

v.

JOHN DOE,
Defendant.

C.A. No. 04-12435-NG

MAVERICK RECORDING COMPANY, et al.,
Plaintiffs,

v.

JOHN DOE,
Defendant.

C.A. No. 04-12436-NG

ATLANTIC RECORDING CORP., et al.,
Plaintiffs,

v.

DOES 1-5,
Defendants.

C.A. No. 04-12437-NG

CAPITOL RECORDS, et al.,
Plaintiffs,

v.

JOHN DOE,
Defendant.

C.A. No. 04-12438-NG

| | | |
|---|---|---|
| LOUD RECORDS, et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-5,<br>Defendants. | ) | C.A. No. 04-12439-NG |
| VIRGIN RECORDS AMERICA, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>RICHARD L. DUBROCK,<br>Defendant. | ) | C.A. No. 05-10158-NG |
| MOTOWN RECORD CO., L.P., et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-2,<br>Defendants. | ) | C.A. No. 05-10159-NG |
| INTERSCOPE RECORDS, et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-2,<br>Defendants. | ) | C.A. No. 05-10160-NG |
| BMG MUSIC, et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-2,<br>Defendants. | ) | C.A. No. 05-10168-NG |

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-2,<br>Defendants. | ) | C.A. No. 05-10169-NG |
| CAPITOL RECORDS, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-2,<br>Defendants. | ) | C.A. No. 05-10565-NG |
| VIRGIN RECORDS AMERICA, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | ) | C.A. No. 05-10566-NG |
| SONY BMG MUSIC ENTERTAINMENT,<br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | ) | C.A. No. 05-10567-NG |
| ATLANTIC RECORDING CORP., et al.,<br>Plaintiffs,<br><br>v.<br><br>DOES 1-3,<br>Defendants. | ) | C.A. No. 05-10568-NG |

INTERSCOPE RECORDS, et al.,
Plaintiffs,

v.

JOHN DOE,
Defendant.

C.A. No. 05-10569-NG

CAPITOL RECORDS, INC., et al.,
Plaintiffs,

v.

DOES 1-11,
Defendants.

C.A. No. 05-10731-NG

MOTOWN RECORD CO., L.P., et al.,
Plaintiffs,

v.

DOES 1-22,
Defendants.

C.A. No. 05-10732-NG

ATLANTIC RECORDING CORP., et al.,
Plaintiffs,

v.

DOES 1-25,
Defendants.

C.A. No. 05-10733-NG

LONDON-SIRE RECORDS INC., et al.,
Plaintiffs,

v.

DOES 1-25,
Defendants.

C.A. No. 05-10734-NG

**ORDER OF CONSOLIDATION**
**April 20, 2005**

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005** **s/ NANCY GERTNER U.S.D.J.**